# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 19-1042** | **September Term, 2019** |
| | SEC-84FR5202 |
| | SEC-Rel34-84875 |
| | **Filed On: October 11, 2019** [1811065] |

New York Stock Exchange LLC, et al.,

     Petitioners

     v.

Securities and Exchange Commission,

     Respondent

------------------------------

Consolidated with 19-1043, 19-1046, 19-1049, 19-1053, 19-1054

**BEFORE:**    Circuit Judge Pillard, and Senior Circuit Judges Edwards and Sentelle

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on October 11, 2019 at 9:34 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

    Thomas G. Hungar, counsel for Petitioners.

    Tracey A. Hardin (SEC), counsel for Respondent.

                                         **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                   BY:    /s/
                            Shana E. Thurman
                            Deputy Clerk